**United States District Court**
For the Northern District of California

1

2

3                                   IN THE UNITED STATES DISTRICT COURT

4

5                              FOR THE NORTHERN DISTRICT OF CALIFORNIA

6    JOHN GREGORY, on behalf of himself
     and all other similarly situated,                     **CASE NO.** 12-CV-2815 MMC
7

8                         Plaintiff(s),                    ~~(Proposed)~~
                                                           **ORDER GRANTING APPLICATION**
9         v.                                               **FOR ADMISSION OF ATTORNEY**
                                                           *PRO HAC VICE*
10   FACEBOOK, INC., et al.,

11

12                        Defendant(s).
                                                    /
13

14   Brant W. Bishop, P.C.                          , whose business address and telephone number is

15   Kirkland & Ellis, LLP / 655 Fifteenth Street N.W./ Washington, DC  20005  - or - 601
     Lexington Ave. / New York, NY  10022; telephone: 202-879-5000 ; email:
16   brant.bishop@kirkland.com

17   and who is an active member in good standing of the bar of  DC, NY and UT

18   having applied in the above-entitled action for admission to practice in the Northern District of

19   California on a pro hac vice basis, representing  Facebook, Inc.+ individual defendants

20         IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

21   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

22   *vice*. Service of papers upon and communication with co-counsel designated in the application

23   will constitute notice to the party. All future filings in this action are subject to the requirements

24   contained in General Order No. 45, *Electronic Case Filing*.

25

26   Dated:  June 28, 2012

27                                                  United States District    Judge

28