1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOHN GREGORY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No.: 3:12-cv-02815-MMC |
| Plaintiff, | ) ) | |
| v. | ) ) ) | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| FACEBOOK, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

Charles S. Duggan, whose business address and telephone number is

> Charles S. Duggan
> DAVIS POLK & WARDWELL LLP
> 450 Lexington Avenue
> New York, New York 10017
> Telephone: (212) 450-4000

and who is an active member in good standing of the bar of the United States District Court for the Southern District of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Morgan Stanley & Co. LLC; J.P. Morgan Securities LLC; Goldman, Sachs & Co.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; and Barclays Capital Inc.

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
3  *vice*.  Service of papers upon and communication with co-counsel designated in the application will
4  constitute notice to the party.  All future filings in this action are subject to the requirements
5  contained in General Order No. 45, *Electronic Case Filing*.

7  Dated:  July 26, 2012

   _____
   The Honorable Maxine M. Chesney
   United States District Judge

2

[PROPOSED] ORDER GRANTING APPLICATION FOR
 ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. 3:12-CV-02815-MMC