1
2
3
4
5
6
7

8                   UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11 | JOHN GREGORY, Individually and on Behalf of All Others Similarly Situated, | ) ) | Case No.: 3:12-cv-02815-MMC |
| 12 | | ) ) | |
| 13 | Plaintiff, | ) ) | ~~[PROPOSED]~~ ORDER GRANTING |
| 14 | v. | ) ) | APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| 15 | FACEBOOK, INC., et al., | ) ) | |
| 16 | Defendants. | ) ) ) | |
| 17 | | ) | |

18       Andrew Ditchfield, whose business address and telephone number is

19                Andrew Ditchfield
                 DAVIS POLK & WARDWELL LLP
20                 450 Lexington Avenue
                 New York, New York 10017
21                 Telephone: (212) 450-4000

22 and who is an active member in good standing of the bar of the United States District Court for the

23 Southern District of New York, having applied in the above-entitled action for admission to

24 practice in the Northern District of California on a *pro hac vice* basis, representing Defendants

25 Morgan Stanley & Co. LLC; J.P. Morgan Securities LLC; Goldman, Sachs & Co.; Merrill Lynch,

26 Pierce, Fenner & Smith Incorporated; and Barclays Capital Inc.

27

28

                                     1

1         IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

2    conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

3    *vice.*  Service of papers upon and communication with co-counsel designated in the application will

4    constitute notice to the party.  All future filings in this action are subject to the requirements

5    contained in General Order No. 45, *Electronic Case Filing.*

6

7    Dated: <u>July 26, 2012          </u>

8    
9                           The Honorable Maxine M. Chesney
                       United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLICATION FOR
 ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. 3:12-CV-02815-MMC